IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| JESSE J. BRUNT | ) Case No. 17 B 34118 |
| | ) Hon. DEBORAH L. THORNE |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on April 13, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Jason A. Diaz, attorney for debtor
jdiaz@semradlaw.com

Jesse J. Brunt
4142 W. Congress Pkwy
Chicago, IL 60624

Husch Blackwell, LLP
Ashleigh J. Morpeau
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

                                                  /s/ Allan J. DeMars
                                                  Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603