# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JESSE J. BRUNT § Case No. 17-34118
§ Hon. DEBORAH L. THORNE
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $122,562.00 | Assets Exempt: | $9,750.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,342.84 | Claims Discharged Without Payment: | $734,475.82 |
| Total Expenses of Administration: | $5,782.62 | | |

3) Total gross receipts of $16,125.46 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,125.46 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $168,655.85 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,782.62 | $5,782.62 | $5,782.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $568,910.58 | $564,864.81 | $564,864.81 | $10,342.84 |
| **TOTAL DISBURSEMENTS** | $737,566.43 | $570,647.43 | $570,647.43 | $16,125.46 |

4) This case was originally filed under chapter  7  on 11/14/2017 .
The case was pending for      8   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2018                              By: /s/ ALLAN J. DeMARS
                                                    Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| turnover of funds from Seaway Bank | 1129-000 | $7,992.94 |
| Deutsch Core Equity Fund | 1129-000 | $8,132.52 |
| **TOTAL GROSS RECEIPTS** | | **$16,125.46** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 SCHEDULED WITH NO CLAIM FILED | | $168,655.85 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$168,655.85** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $51.00 | $51.00 | $51.00 |
| International Sureties | 2300-000 | N/A | $1.80 | $1.80 | $1.80 |
| Allan J. DeMars | 2100-000 | N/A | $2,362.50 | $2,362.50 | $2,362.50 |
| Allan J. DeMars | 2200-000 | N/A | $8.32 | $8.32 | $8.32 |
| Allan J. DeMars | 3110-000 | N/A | $2,517.50 | $2,517.50 | $2,517.50 |
| Lois West/Kutchins Robbins & Diamond | 3410-000 | N/A | $841.50 | $841.50 | $841.50 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $5,782.62 | $5,782.62 | $5,782.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris Bank | 7100-000 | $557,612.58 | $564,864.81 | $564,864.81 | $10,342.84 |
| | 3 SCHEDULED WITH NO CLAIM FILED | | $11,298.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| **TOTAL GENERAL UNSECURED CLAIMS** | $568,910.58 | $564,864.81 | $564,864.81 | $10,342.84 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 17-34118                                                                                       Trustee Name: Allan J. DeMars

Case Name: JESSE J. BRUNT                                                                    Date Filed (f) or Converted (c): 11/14/17(F)

For Period Ending: 3/31/18                                                                       §341(a) Meeting Date: 12/20/17

                                                                                                                           Claims Bar Date: 3/23/18; GOVT 5/14/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Rsidence 4142 W.Congress Pkwy | 90,050.00 | 0.00 | | | FA |
| 2 | 2007 Ford F350 | 4,500.00 | 0.00 | | | FA |
| 3 | 2017 Mitsubishi Outlander | 22,712.00 | 0.00 | | | FA |
| 4 | household furishings | 750.00 | 0.00 | | | FA |
| 5 | electronics | 400.00 | 0.00 | | | FA |
| 6 | clothing | 350.00 | 0.00 | | | FA |
| 7 | wedding band | 50.00 | 0.00 | | | FA |
| 8 | US Bank checking account | 1,500.00 | 0.00 | | | FA |
| 9 | Seaway Bank CD | 7,992.94 | 7,992.94 | | 7,992.94 | FA |
| 10 | Deutsch Asset Mgmt Account | 9,213.69 | 8,132.52 | | 8,132.52 | FA |
| 11 | Rockford Life Ins policy | 3,000.00 | 0.00 | | | FA |
| 12 | Rockford Life Ins policy | 9,000.00 | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | | 16,125.46 | | 16,125.46 | |

(Total Dollar Amount in Column 6)

**EXHIBIT "9" - FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 17-34118  
Case Name: JESSE J. BRUNT  
Taxpayer ID#: xxxxxx3255  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: Associated Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: 0100  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 12/27/17 | Ref 9 | from debtor | turnover of proceeds of Seaway Bank CD | 1129-000 | 7,992.94 | | 7,992.94 |
| 1/16/18 | | Associated Bank | service charge | 2600-000 | | 3.00 | 7,989.94 |
| 1/30/18 | Ref 10 | Deutsche Core Equity Fund | liquidation of account | 1129-000 | 8,132.52 | | 16,122.46 |
| 2/12/18 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 1.80 | 16,120.66 |
| 2/4/18 | | Associated Bank | service charge/check printing charges | 2600-000 | | 15.00 | 16,105.66 |
| 3/14/18 | | Associated Bank | service charge | 2600-000 | | 33.00 | 16,072.66 |
| 5/17/18 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 2,362.50 | 13,710.16 |
| 5/17/18 | Check 1003 | Allan J. DeMars | expenses | 2200-000 | | 8.32 | 13,701.84 |
| 5/17/18 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,517.50 | 11,184.34 |
| 5/17/18 | Check 1005 | Lois West/Kutchins Robbins & Diamond | accountant's fees | 3410-000 | | 841.50 | 10,342.84 |
| 5/17/18 | Check 1006 | BMO Harris Bank | 726(a)(2) | 7100-000 | | 10,342.84 | 0.00 |
| | | | | COLUMN TOTALS | 16,125.46 | 16,125.46 | 0.00 |
| | | | | Less: Bank transfers/CD | | | |
| | | | | Subtotal | | | |

|  |  |  |  |
|---|---:|---:|---:|
| Less: Payments to debtor(s) |  |  |  |
| Net | 16,125.46 | 16,125.46 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---:|---:|---:|
| Checking# xxxxxxx0100 | 16,125.46 | 16,125.46 | 0.00 |
| Money Market # |  |  |  |
| Savings # |  |  |  |
| CD #CDI |  |  |  |
| Net | 16,125.46 | 16,125.46 | 0.00 |
|  | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |